IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ANTHONY WAAGE,<br><br>　　Plaintiff,<br><br>v.<br><br>MANPOWER, INCORPORATED OF DES MOINES, IOWA and SAUER-DANFOSS (US) COMPANY,<br><br>　　Defendants. | Case No. 4:11-cv-00221<br><br><br>STIPULATED DISMISSAL WITH PREJUDICE |

COME NOW the parties and hereby stipulate to dismissal of the above-captioned case with prejudice.


　　　　　　　　　　　　　　　　　FIEDLER & TIMMER, P.L.L.C.

　　　　　　　　　　　　　　　　　*/s/ Brooke Timmer*
　　　　　　　　　　　　　　　　　Brooke Timmer AT0008821
　　　　　　　　　　　　　　　　　brooke@employmentlawiowa.com
　　　　　　　　　　　　　　　　　Emily McCarty AT0010147
　　　　　　　　　　　　　　　　　emily@employmentlawiowa.com
　　　　　　　　　　　　　　　　　2900 – 100th Street, Suite 209
　　　　　　　　　　　　　　　　　Urbandale, Iowa 50322
　　　　　　　　　　　　　　　　　Telephone: (515) 254-1999
　　　　　　　　　　　　　　　　　Facsimile: (515) 254-9923
　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

SPENCER FANE BRITT & BROWN, LLP

 */s/ Eric P. Kelly*
Eric P. Kelly
ekelly@spencerfane.com
9401 Indian Creek Parkway
40 Corporate Woods, Suite 700
Overland Park, KS 66210-2005
Telephone: (913) 327-5160
Facsimile: (816) 474-3276

Gardiner B. Davis
gdavis@spencerfance.com
SPENCER FANE BRITT & BROWNE, LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 292-8227
Facsimile: (816) 474-3216
ATTORNEYS FOR DEFENDANT
SAUER-DANFOSS (US) COMPANY

WHITFIELD & EDDY, P.L.C.

 */s/ Greg A. Naylor*
Greg A. Naylor
naylor@whitfieldlaw.com
Eric M. Elben
elben@whitfieldlaw.com
3737 Woodland Avenue, Suite 400
West Des Moines, IA 50266
Telephone: (515) 558-0111
Facsimile: (515) 222-0318
ATTORNEY FOR DEFENDANT
MANPOWER, INC. OF DES MOINES, IOWA

**ELECTRONIC PROOF OF SERVICE**

I, hereby certify that on the 6th day of March, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

**Signature:** ___*/s/ Fiedler & Timmer*_____